(Reap. Dec. 8244)

PACIFIC CUSTOMS BROKERAGE CO. v. UNITED STATES

Entry No. 9047.

(Decided July 22, 1953)

*John C. Ray* for the plaintiff.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

FORD, Judge: The appeal listed above has been submitted for decision upon a stipulation to the effect that the appraised value of the merchandise involved herein is erroneous and contrary to law and should be corrected to Canadian $1,376 per 1,000 feet, less 9.09 per centum Canadian sales tax, plus wood rails and lags, as invoiced, and that there is no higher export value.

Accepting this stipulation as a statement of fact, I find the proper foreign value of the merchandise covered by this appeal to be Canadian $1,376 per 1,000 feet, less 9.09 per centum Canadian sales tax, plus wood rails and lags, as invoiced. Judgment will be rendered accordingly.